Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





WILLIAM DEAN SMITH,


 Appellant,


v.


THE STATE OF TEXAS,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-08-00201-CR



Appeal from


 109th District Court


of Winkler County, Texas


(TC # 4744)




MEMORANDUM OPINION



 Pending before the Court is a motion to dismiss filed by the Appellant pursuant to
Tex.R.App.P. 42.2(a). The motion is in compliance with Rule 42.2(a). Accordingly, we grant the
motion and dismiss the appeal.


February 5, 2009 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.

Carr, J., not participating


(Do Not Publish)